United States District Court
for the
Southern District of Florida

Jean Bloomburg, Plaintiff,

v.

Aetna Life Insurance Company,
Defendant.

) ) ) ) )

Civil Action No. 17-21112-Civ-Scola

### Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 23). The Court reserves jurisdiction to enforce the parties' settlement agreement.

**Done and ordered** in chambers, at Miami, Florida, on October 2, 2017.

_____
Robert N. Scola, Jr.
United States District Judge